UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Nehemiah Rolle, Jr.,

    Plaintiff,

        v.                          Case No. 1:19cv821

Jennifer Burnaugh,              Judge Michael R. Barrett

    Defendant.

## ORDER

This matter is before the Court on the Report and Recommendation ("R&R") filed by the Magistrate Judge on May 21, 2020 (Doc. 14).

Proper notice has been given to the parties under 28 U.S.C. § 636(b)(1)(C), including notice that the parties would waive further appeal if they failed to file objections to the R&R in a timely manner. *United States v. Walters,* 638 F.2d 947 (6th Cir. 1981). No objections to the Magistrate Judge's R&R (Doc. 14) have been filed.

Accordingly, it is **ORDERED** that the R&R (Doc. 14) of the Magistrate Judge is hereby **ADOPTED**. Consistent with the recommendation by the Magistrate Judge, defendant's Motion to Dismiss (Doc. 5) is **GRANTED** and defendant's Motion to Transfer Venue (Doc. 4) is denied as moot. This matter is closed.

    **IT IS SO ORDERED.**

                                          *s/Michael R. Barrett*
                                          Michael R. Barrett, Judge
                                          United States District Court